UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-81370-Civ-Cohn/Seltzer

AARON R. COHEN,

    Plaintiff,

vs.

DRS/BONDED COLLECTION SYSTEMS,

    Defendant.

_____/

**ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL**
**ORDER DENYING MOTION FOR SANCTIONS**
**ORDER GRANTING MOTION FOR EXCUSAL OF NON-APPEARANCE**

THIS CAUSE is before the Court upon Plaintiff's Unopposed Motion for Continuance of Trial [DE 40], Defendant's Motion for Sanctions for Plaintiff's Failure to Appear at and Participate in Mediation [DE 34], and Plaintiff's Motion for Excusal of Non-Appearance and Response to Defendant's Motion for Sanctions [DE 35]. The time for Defendant to respond to Plaintiff's motion passed on July 20, 2009.

Turning first to the sanctions issue, Plaintiff has submitted an affidavit that he received notice 60 hours prior to the scheduled mediation that his cousin in Costa Rica had to have heart surgery on the day of the mediation and requested Plaintiff's presence in Costa Rica. Plaintiff attempted to seek Defendant's permission to have Plaintiff excused from the mediation, with Plaintiff's counsel having full settlement authority. Defendant rejected that request, though reasonably offered for Plaintiff to appear by telephone. No motion was filed by Plaintiff at that time, and the mediation proceeded in his absence without a resolution of the matter. Plaintiff's Affidavit notes that settlement had been pursued prior to the mediation without success, and that his presence at mediation would not have changed the result. Defendant seeks sanctions in the form of attorney's fees for having to proceed with mediation with Plaintiff absent,

though Defendant did not respond to Plaintiff's belated motion to be excused.

Though it would have been much better practice had Plaintiff moved to be excused from the mediation during the two work days between the time he learned of his cousin's pressing need for surgery and the mediation itself, rather than waiting until Defendant moved for sanctions for the non-appearance, under the circumstances of this case an award of attorney's fees seems too draconian a result.  Rather, the Court will grant Plaintiff's motion to be excused, based upon the medical situation of his cousin requiring his presence in Costa Rica at the time of the mediation.

As for the motion for continuance, the Court will grant a brief continuance, given that the Court is likely to have a criminal trial during the next two weeks.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. Plaintiff's Unopposed Motion for Continuance of Trial [DE 40] is hereby **GRANTED**;
2. The trial in this case is reset for the two-week period commencing August 31, 2009, with the Calendar Call reset for Thursday, August 27, 2009 at 9:00am;
3. No pretrial deadlines are changed by this Order;
4. The joint pretrial stipulation shall be due by August 10, 2009;
5. Defendant's Motion for Sanctions for Plaintiff's Failure to Appear at and Participate in Mediation [DE 34] is hereby **DENIED;**

6.	Plaintiff's Motion for Excusal of Non-Appearance [DE 35] is hereby

   **GRANTED**.

   **DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 28th day of July, 2009.

   _____
   JAMES I. COHN
   United States District Judge

Copies Furnished to:

Counsel of record on CM/ECF